UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


JEFFREY JOEL JUDY,

     Plaintiff,

v.                                        CASE NO.: 8:14-cv-1864-T-23TGW

AUBURNDALE RETAIL I, LLC, et al.,

     Defendants.
_____/


**ORDER**

On November 6, 2014, Jeffrey Joel Judy moved (Doc. 11) for a clerk's default

against Auburndale Retail I, LLC.  The clerk entered (Doc. 12) a default against

Auburndale.  Auburndale moves (Doc. 16) unopposed to vacate the default.

Auburndale explains that, because Judy failed to serve Auburndale at the correct

address, "Auburndale did not receive written notice of the instant lawsuit until

sometime after . . . December 4, 2014."  (Doc. 16 at 2)  Rule 55(c), Federal Rules of

Civil Procedure, allows a court to "set aside an entry of default for good cause."

Auburndale's motion (Doc. 16) to vacate the default is **GRANTED**.  The clerk's

default (Doc. 12) is **VACATED**.  Judy's motion (Doc. 13) for default judgment

against Auburndale is **DENIED AS MOOT**.  No later than **JANUARY 12, 2015**,

Auburndale must respond to the complaint.

ORDERED in Tampa, Florida, on December 24, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE